Writ#                                                    49,098-10

INTO The Court Of Criminal Appeals Of Texas,At Austin Texas And The Person's:

    Applicant's/Petitioner's  Original Extraodinary Writ Proceeding In
    The Texas Court Of Criminal Appeals,and Justices of said Court:

In Re:  Joe Salinas Estrada Junior,              Justices of said Courthouse
        Applicant/Petitioner/Relator,
    Versus,                                      Cause number_____

    John /Jane doe,Judicial,District
    Judge of the 180 Judicial,District           INRE:mandamus to enforce habes corpus
    Court of Harris County,of the                Re:Trial Cause#697896.724327 thur-
    State Of Texas,et al...                      724333(other cases related too)
        Respondent(s)   This document contains some
                        pages that are of poor quality      RECEIVED IN
                        at the time of imaging.         COURT OF CRIMINAL APPEALS

    Relator's Original Application for A Writ of Mandamus under Oand Pursuant To     MAR 06 2015

    Texas Government Code,Section 22.221(b)

                                                        Abel Acosta, Clerk

To The Members/Justices of The Texas Court of Criminal Appeals,At Austin Texas:

Comes before your Court,One,Joe Salinas Estrada Junior,invoking this said Court's
original Juirsdiction,pursuant to Article 5,§5A of the Texas Constitution,for the
purpose of invoking and implementing the Texas Government Code,section 22.221(b),
seeking mandamus relief upon and against an unidentifiable and undtermined presic
ing judge of or to, or for  the 180th Judicial,District Court of Harris County,of
the State of Texas,for abusing its authority,in erroneously failing to obey the -
 cammands of Articles 11.34 et seq;11.02,11.03,11.04,11.05,for the purpose of pro
perly implementing Article 11.07,also of the Texas Code of Criminal Procedure or
inotherwords,has knowing and intentionally failed to performed its[her's/his]mini
sterial duties employed by State of Texas laws,and for such other reasons so indi
cated in these pleadings herein below,and insupport Of his request,would snow thi
said Court's justices the following:

                                    I.A.
This [your]Applicant-Petitioner,Relator herein arter,is presently unlawfully and
illegally restained and confind of [My] his liberty by One,Eddie D.Baker,jailer
in the form of Custodian of record for the Texas Depatrment of Justice-[over]-Cor
rectional Institutional Division(s).Ran and owned by Brad Livingston.However,the
legal person of interest and witness is the jailer holding thi[ ]Relator Prisoner
in his custody,as Warden Eddie D.Baker,who is the person to be served the writ of
habeas corpus,and has not been sent,nor provided the summons & Complaint  to brir
in [t]his Relator,as the provisions of the writ of habeas corpus cammands and ins
tructs as a matter of law.i. .,Art.11.01,11.02,11.03,11.04,11.05,and 11.34 et sec
of the Texas Code Of Criminal Appeals.See also Texas Rules of Civil Procedure Rul
21a and 106;Padilla v.Rumsfeld,352 F.3d 695,709(2nd Cir.2003),cert.Granted,__U.S.
124  S.Ct.1353,1358(2004),cited in U.S.v.Moussaou,365 F.3d 292,300-301(4th Cir.20
04)(5th Circuit and other cases cited).
The Respondent(s) of interest has not been served the writ to deliver his Prisone
[Relator] into the 180th Judicial Court Of Harris County Texas,or any Court of la
when a[ny]person/Prisoner,as this Relator,cnallenging the trial Court of Convict-
ion and it's judge's none-existance subject-matter jurisdiction,over the cause(s
and Parties of interest,under citation incident reports processed prusaunt to nu
mbers 697896,724327 thur 724333[derivative from #721637-and #721638 or and#72110
inwnich all said cases admerged from#697696],and thus that said trial judge had
authority  to have proceeded to a trial wnen her[Debbie Mantooth Stricklin] proc
edings were invalid ab initio.i.g.,Cause indictments acted under numbers 697896
& 724327 tnur 724333 are fraudulent indictments issued and processed by Lanch Lo
and John B.Holmes junior.The law is clear and unambiguiously written ,"A Court -
cannot confer jurisdiction where none exist-ed and cannot make a void proceedin

                            1.mandamus.

Valid;and a **Void ORDER/Judgment** can be challenged in any Court.Old Wayne Mut.L.
Assoc.v.McDonough,204 U.S.8,27 S.Ct.236(1920).The **LAW** is well-settled that a voi
**order or judgment is Void**.even before reversal.**Valley v.Northern Fire & Marine I**
Co.,254 U.S.348,41 S.Ct.116(1920).

**B.) Identification of Parties of Interest:**
Relator in this independent and separate proceeding seeking mandamus relief duri
all times relevant to the facts of this cause sub judice,and upon the underlyin
proceedings,while he[I]is unlawfully and illegally confined and restrained of hi
liberty,is over the age of 21-years old,competent ,and of sound mind and capable
of making [t]his Own statement of truthful facts,to provide and supply [t]his Ow
information contained within [t]his requested mandamus application,and incorpora
ed by reference the trial Court's transcripts pertinent to said trial causes of
convictions,under numbers 697896,724327 thur 724333(related cases #721637-8;7211
09),as the indictments of fraudulent instruments inquestion are available to thi
Texas Court  f Criminal Appeals justices through said trial Court's Reporter an
Court's Clerk(s),for a recitation of said instrumentalities and compare them wit
the original copies contained by this[your]Relator.The fact that Relator has not
been bench  warranted to appear and present his Own defense is the trial Court's
judge's refusual to execute the writ of habeas corpus,and or said trial Court's
judge may have ordered its **recalcitrant Clerk(s)** to refuse to actually and proper
file [t]his **Relator's** Application for the writ of habeas corpus,along with Relat
or's proposed findings of facts and conclusions of law...Which should have been
legal material executed documents by both judge and clerk(s).Of which the **substa
nce of those documents** indicated that [your] Relator is challenging the validity
of the [**void**] conviction(s),and the illegal imposed sentence(s) rendered from th
trial Court judge.**Debbie Mantooth Stricklin**,et al.Regardless,the District Court-
of the 180th District Court of Harris County Texas and Ms.Stricklin never legall
or illegally,nor lawfully,and competently acquired jurisdiction over the causes
of action acted on by said judge and her Court.See Relator's attached exhibits 1
A to 1-K;1-L,1-M...The other party of interest is **Eddie D.Baker**(or his successor
who is the person incharge of having Relator illegally and unlawfully confind an
**Restrianed** of his liberty,as such unlawful detention must be served upon the sai
Custodian of record,**Mr.Baker**,who has no legal right,nor lawful right in exercisi
his power,and his authority is exercised in a manner and degree not sanctioned b
law.**Padilla v.Rumfeld**,352 F.3d 695,709(2nd Cir.2003),Cert.granted,___U.S.___,124
S.Ct.1353,1358(2004);Cf.Articles 11.02,11.03,11.04,11.05,11.12.11.13,11.14(1) to
(5),11.15,11.16,of the Texas Code of Criminal Procedure;Texas Rule of Civil Proc
edure,Rule 21a & 106;18 U.S.C.§1821....

**C) Statement of Relator's case inchief:**
This proceeding ivolves a civil action,held as a writ of habeas corpus,that was
instituted by [t]his Relator in the trial Court's judge's Court in August 2012,
and after no response,refiled another writ of habeas corpus on 8/27/2014,stating
inter alia,varies violations of Federal &  state laws,statutes,Constitutional -
provisions,misapplication of state of Texas laws.and also asserting several Civi
common-law causes of action against **Debbie Mantooth Stricklin,Lanch Long,John B.
Holmes Jr,Jerald Garber,Brad Livingston**,et al,and possibly trial Court's Clerk'(
who have refused,if ordered to,file this Relator's writ of habeas corpus and tht
all Seven Respondents or judge of the 180th judicial District Court is the actua
Respondent not only violating Relator's Civil and Constitutional Rights under th
the **Fourteenth and,First,Seventh,Eighth,Ninth Amendments to the United States o**
America's Constitution but are/is violating her/their sworn public duty(s) to re
ord and make[his]**Relator's** legal matters of public records, he properly-excuted a
jurisdictional defects in the trial Court's accepted [fraudulent]Bills[document
and their statement of pleadings that could not have factually set-forth that t
ial court's and judge's jurisdiction to act in those cases,numbered as 724327 t
724333,& 697896;(cases switched by **Gragg Gladden**,breacher of contract to appeal
these unlawful convictions,under #0724330,02743320,0743310,07243300,072203390,0
203380,07243370,& 07216380)—and therefore,those void pleadings/information pleac
-d did not set-forth the trial Court's jurisdiction to have acted upon such void
causes brought forth by Lnach Long,et al...However,niether the trial Court's jud
ge or/and it's Clerk(s) elect to perform her,his,their job as a public servant -
2.mandamus.

because she,he,they do not accept what is being presented as the truthful contents of those documents,in good-faith documents,and various statements that -is affirming the truth of,in good-faith.But,that judge/**Clerk** elects only to se ect-what people/prisoner(s)should be heard,and selective of the law when S/he,o **they** personally edit and censor uncommon-legal documents that implicate violati ons of the law and people rights,and thus,refuse[d]to file those type of truthfu claims against those who are the Court's Officers who refuse[d] to perform his,h or their fidiciuary duty(s) under his,her,their sworn duty(s)‑under Oath,OTHERW- ISE without their sworn oath to office,their,his,her acts/performances are a nul ity and void.e.g.,**French v.state**,572 S.W.2d 934,939(Tex.Cr,App.1978)(OP.on 2nd - reh'g),citing the Texas Constitution,Article 16,§1;**Garza v.state**,157 Tex.CR.R.38 249 S.W.2d 212(1952)."So who is it that will not accept Relator's correspondence whether a special judge sitting temporarily or an unidentifiable trial Court's - Clerk,interim or an intruder at the trial Court's Agency's jurisdiction,that sai Court,et al,is impedeling the progress of Relator's want of the issuance of the Writ of habeas corpus,as a legal subject-matter of public record.See for invocat ion of **DeLeon v.Districk Clerk,Lynn County**,187 S.W.3d 473,474-475(Tex.Cr.App.200 or the impederer maybe not a judge,as in **fain v.state**,986 S.W.2d 666,671(Tex.App Austin 1998),citing **Miller v.state**,866 S.W.2d 243,246(Tex.Cr.App,1993).Hence, that trial court's reception-er(s) nonetheless does not accept this Relator's ca se by issuing a formal Order for receiving **his** writ of habeas corpus,and it's se parate but attached memorandum of law."If such would be under Texas Government - Code Ann,§24.003;Cf.Art.4.01(1) to (11),4.02,4.05,4.07,& 4.16..."As Originally, there is no transfer Order contained in the trial Court's record for these said csaes sub judice.In fact there is no Criminal District Court,Number specified:i dicating to purport to transfer jurisdiction over the cause[#697896] to the 180 District Court of Debbie Mantooth Stricklin--by an Order dated prior to 3/16/19 or 1/19/1996-Relator's actual arrest date by Milwaukee Wisconsin Police Departm ent...Regardless,the 180th District Court,and Ms.Stricklin[judge],never acquire subject-matter and personal jurisdiction from the void indictment number 697896 724327 thur 724333,afterward,when it became evident that the erroneous criminal fraudulent indictment caused this Relator's transfer-of-States-a-federal laws v olations of the Interstate Corrections compact,among other interstate compact l -s.Also see **Soures v.Norris**,782 F.2d 106-07(8th Cir.1986)(percuram);Cf.**Rooding v Peters**,92 F.3d 579,580(7th Cir.1996),in pertinent part,"[A]ctions to recover da ages for **UNCONSTITUTIONAL [I]ncarceration** did not accure Untill **Prisoner's** Clai prevailed in **mandamus action** and,thus,Writ of **mandamus,not res judicata**"Id... The trial Court's Clerk(s),as well as the presitting.if not a sitting judge the ein,has a duty to accept,file and process all prisoners/innocent Men[Man's] App ication for a Writ of habeas corpus,pursuant to Aricle 11.07,§ 3(b),of the Texa Code of Criminal Procedure.For the fact that Joe Salinas Estrada Junior,(falsel imprisoned as One JOE GARCIA ESTRADA) has a Constitutional Right of Access to - the Courts.That is in line with his[Relator's] statutory right to file for proc ess his habeas corpus petition and application"Id;Cf.**Wright v.west**,505 U.S.277, 285-90(1992),"reviewing the historical development of habeas corpus relief; The **Constitution** ProvidingRights: "The privilege of the Writ of Habeas Corpus **Shall not be Suspended**,..unless when in Case of Rebellion or Invasion the Public Saft may require it"Ibid.
One must wonder  whether the judge's or/and Clerk'(s) practice and custom is ju another knee-jerk and unthinking subjectivity to Respondent'(s) selective proce dural rules or S/he,they harbored the darker motivation of keeping the trial ju dge's docket clear of prisoner petitions"..The clerks,as well as the judge(s) - have a fiduciary duty to accept,file and process Relator's Application for a wi of habeas corpus,along with all supporting documents,including Relator's suppor ting exhibits(indictments,1-A to 1-K,as fraudulent instruments),points and Auth orities,as thos previouly filed,and as a ministerial duty.DeLeon,187 S.W.3d at- 475,N.4,5;citing **Winters v.Presiding Judge of Crim.Dist.Ct.Nu.3**,118 S.W.3d 773 775(Texa.Cr.App.2003).Thus,this Texas Court of Criminal Appeals and The Texas - Constitution does require,as a legal right,that every prisoner'(s) Writ of habe Corpus be subject[ed]to judicial review.The fact that all government decisions do implicate Constitutional rights and all such decisions are subject to revie "The fact that these public so-called servant(s) are with a mandatory duty to -

3.mandamus.

correct their own plain errors of law,Uncostitutional inconsistant verdicts, and or misstatement of law,is because they have guide-lines to follow which are self-evident,and so they,as public servants must conform to be in compliance wit the mandatory requirements of any person's,people,or prisoner'(s) legal due **Proc** ess of law"s Clause or Clauses,pursuant to the Fifth and Fourteenth Amendments t the United States Constitution of America.e.g.,**Wolff v.McDonnell**,418 U.S.539,558 (1974),"the Legal Due Process Clauses are desiigned to protect the individual ag inst **Arbitrary**[usurpation of power] Action?

The trial Court's presiding or sitting judge(s) or its Clerk(s) have not even pr vided any type of notice to have acknowledged the existence of an **embedded feder al issues of presentment by this Relator**,and confirm the fact that all the docum ents are sitting in her,his or their office,"to prove the indictments presented to Debbie Mantooth Stricklin,as trial judge,were not valid indictments,and coul not have given Stricklin jurisdiction over these said cases,as from indictment or fraudulent instruments not satisfying the requirements of legal due process o Law-in providing actual legal notice(s) to defendant,[your] Relator,of the accus tions or alleged-false offenses with which **he** was [unlawfully] charge-d with.See **Lanch Long's** fraudulent indictments(exhibits 1-A to 1-K,attached here with Relat or's mandamus letter).These facts are all documented and undeniable.However,inst ead of accepting to file Relator's Writ of habeas corpus,have **it** docketed,and ac to process **it** for prompt service of process,or at least enter an appearance to f llow the correct process of rebutting the issues raised by Relator in **his** Wrtit habeas corpus's findings of facts and conclusions of law-briefed-,but there are attempts to present rebuttal evidences by the Court Respondent(s)...Inwhich must be with a sworn to Affidavit of Truth,the[ir] correctness,certainty,the whole t uth,thereby,assuming complete liability for her,his,their statements contained i it,as they,he,she must be prepared to [dis]prove [Relator's claims] his,her,thei rebuttal statements,"as to why this falsely imprisoned Relator should not be dis charged from such illegal and unlawful incarceration ?","Preferably with document tion that is unimpeachable"..Thus,Relator's Whole Truth invalidates such unsworn to Affidavit(s),warrants of arrest,'if any ?',probable cause Police Reports,'if any ever actually filed ?,',Criminal complaints,magistrates warrants for arrest, Capiases,-such responses as if no evidence and rebuttal were given or not given all.However,Respondent'(s) intentional failures to act as requested by [your] Re tor is an indifference to proptly,and properly perform its ministerial function, der the facts of [t]**his** case of causes sought to be remedied or and addressed up Respondent'(S) acceptance or rejection of Relator's rebuttal of Stricklin's void- charges,but Respondent'(s) response in rebuttal,if any,must be point-for-point.. Therefore,Relator' [Claimant's] acceptance of the rebuttal[any response] of poin resolves those want of issues addressed !.Otherwise,no rebuttal or redressed issu have to be resolved in a default conviction or judgment for those charges as con ended and argued in Relator's memorandum of law,attached to **his** Application of a Writ of habeas corpus,ad testificandum,pursuant to Articles 1.03(1) to (6),1.04,1 05 of the Texas Code of Criminal Appeals,so as to retrospectively,assert his rig to list any and all outstanding causes in the trial Court,"who repeatedly denied Relator any or all motions to quash and push-indictment(s) aside,as fatally defec ive. Id.at index nu:3,pgs,9,14,132;& 77,98 119, & 19;000364-367;000285-287;294-3 Tr,Ct.R.#41800791,41800796,41800803, thur 41800806;V183-2PO289;V1832PO287;V147PO 30;302-306;000376-397;0097-403;00021-25;000044-45;000288-90;000030-38;these are just a few exclupatory material disregarded by judge Stricklin,and **she intentiona ly refude to rule on those filed motions/notices**;but however,motions to quash an other motions of assistant were nonetheless acted on by Stricklin's notations on all Relator's motions(etc) filed prior to trial(and after).Thus,Relator,inartful created and filed his motions to quash and dismiss all forged and fake indictmen and thereby,said motions to quash do contain ingraved notations,signed possibly Stricklin,as the presiding judge,as it appears in the transcripts of cause numbe 724327 to 724333,& 697896-"which does not preclude the Texas Court Of Criminal A peals from considering these said motions to quash indictments as evidence that the Respondent(s) was/were previously noticed and warned by Relator's notice to- include and Augment the record upon or for said motions ; too which Respondent(s did not rule on/answered/rebut,or answered without addressing the demands made- ( above qouted indexed records-incorporated by reference).Moreover,Stricklin was

4.mandamus.

intentionally ignoring Relator's objections and comlaints about both faulty and fatally defective indictments,and that forced appointed defense counsel(s) were committing breach of their fiduciary duties to challenge that trial Court's and judge's jurisdiction,with which a defensive recourse was motions to quash ind ictments.Mainly,because fatally defective service of process had to be challenged [complain ]by a general appearance and not a special appearance.Judge **Stricklin** me rely expressed:" what does that have to do with filing for probation ?".id.at vol III.p.11,L.15-19;20-21 & vol.II.p.4,L.25.Rather than inquire into Relator's conce rns about the lack of investigations.In fact,Stricklin is the Court Officer who read the indictments to the trial jury,rather than the prosecutor.Thus,that's why the improper procedures were shunned by Stricklin and her misapplication of their statute/aka Constitutional impermissible Application of the[ir]statute being,as Article 21.11 et seq,& 22.011 et seq,of the Texas Penal Code...When without proba ble cause[D.A.Log#203941;O/R Nu:4931195-Date prepared:7/7/95/SPN:01348272-998]Joe Salinas Estrada Jr[for JOE GARCIA ESTRADA]was violated of **his** rights first by the **Sheriff of Harris County of Texas,**-Tommy Thomas,and **John B.Hömlés Jr** of whom aide and abetted  Lanch Long and Jerald Garber in establising the[ir] custom and pract ice as policy of bypassing to actually implement the statuory law that requires that the residents "represent a broard cross-section of[One's] the Community/popu lation of the County,considering the factors of race,sex,and age or to select qua lified residents randomly from the regular jury pool and have **them** constitute the grand jury panel.e.g.,**Smith v.State of Texas,**et al,311 U.S.128,130,61 S.Ct.164,85 L.Ed.84 (1940).Thus,the trial Court,judge,or and its Clerk(s)/recalcitrant clerks are preventing Relator's claims to be filed for fear of responsibilty of false im prisoment accounability sanctions and liability/ private liability for Responder -s misapplication of the laws to falsely imprison Relator,as well,Respondent'(s) handing Court is the 180th[assuming judicial !] District Court of Harris County, or to the State of Texas,Where she,he,they,as a whole [un]duly act and perform a judicial capacity as elected or/and selected District judge,Clerk(s);as well a interim(s),interns,secretary-personnel are expressed agents of that trial Court- who will not accept,file,and process Relator's properly-executed legal documents

**Role of the Courts:**

Relator seeks **mandamus** relief upon the Respondent(s) of interest for impeding,hin ering,preventing and altimately,obstructing justice,in refusing and failing to fi and have Relator's application for a writ of habeas corpus ruled on,or at the ver least,heard on the merits. Relator is one of innumerous inmates not allow access a copier machine,and thus,not able to provide an original duplicated copy,of his previous mailed off,submitted,and presented Writ of habeas corpus's memorandum of findings of facts and conclusions of law proposed,but in **carbon cpoy materials.**Se attached carbon copies pages [            ].Hereintoo as exhibits,and in hamperin and otherwise hindering Relator's State of Texas and United States Federal Rights under the Constitutions of both Texas and America's.Including but not limited to, State of Texas law requirements of equitable access of inmate'(s) seeking to avai himself to the Common-law and Constitutional Courthouses-as in the Respondent'(s) Court...that involves a landry of mischiefs,as to wit:

1)Denied right of action in the Courts before acting against this Relator/Complai ant[Affiant](Being found guilty-in absentia-of undefined crimes,punished without legal due process of law,and physcially and mental Oppressed for proclaiming[My] His innocence under fraudulent indictments,even before abuse by TDCJ's officials 2) Denied right to defense-alibi witnesses;(3) Denied right of none-breah-er of f duciary duty of Court forced-Appointed Counsel(s);retained the same;(4) Denied ri ht to confornt actual accusers,ifany,injured or damaged party(s)(Complainant Affi ant is the injured party by fraudulent and undocumented,proven claim(s) against h by said recalcitrant Court's Respondent(s) of interest,who now-do not permite to dress such false and fraudulent documentation);(5)Deprived of Librty/freedom,righ to be with **his** wife,childern,etc,property,to work and support **his** family,parent t childern,and care for **his** elderly parents,all without the benfit of legal due pro cess of law,and given into involuntary Servitude and mistreatment while in unlawf incarceration,and without any lawful hearings or and judgment(s)-for which Relato is falsely imprisoned under.See DeWalt v.Carter,224 f.3d 607,617(7th Cir.2000)(ci ation omitted).However,Relator's personal injury claims extend to (6) Cruel and u usual Punishment for not accepting a 4-years sentence for **Lanch Long's** erroneous

5.mandamus.

fraudulent indictment,cause#697896,and then **his** subsequent fraudulent indic-tments under cause#724327 to 724333,and thus,sent to be punished for 2oo years - sentence-accumulated under 8-fraudulent charges;(7) Grand jury abused system by-Stricklin and Long,as Respondent and defendant's unlawful-wrongful use or not use under causes #721637,721638,721109,72327 to 724333 & 697896(inwhich no crimes ex: sted,nor wrongs have been legally proven against this Complainant-Relator-Affiant for which such undue punishment was imposed/liabilty was claimed,and then severe: punished by Brad Livingston,et al,for exercising **His[Relator's]** rights to petitic the Federal and State Governments Officials.Apart from petitioning the Courts for reddress of **his** grievances,as herein throughout [t]his Want-of-a-Writ of Mandamus against said Respondent(s).Who stills chooses to refuse to correct such unlawful Illegal imposed convictions and sentences,and thus,continues to deny Relator his entitlememt of the Equal Protection of the Laws,as the Fourteenth and Fifth Amenc ments to the United States of America's Constitutional Clauses proscribe: (8)Deni ed Speedy trial and public trial(Harris County police/Sheriff's officers closed t courthouse doors on Estrada's family,etc); (9)Deliberate,Willful,intentional Vic lation,Denial and Rejection of **Mandatory AND Prohibitory Provisions of The Unitec States Constitution of America**;(10) Denied defense,exclupatory evidence to be int oduced prior to,during,and after trial on the merits;(11) "Usurpation of politica or and ministerial power,whil acting in conspiracy,or aiding and abetting such un awful procedures for obtaing a conviction(s),out-side the lawful adjudication prc cedure of Courts[in the laws]of justice,and thus,Decided to exceed her,et al,law-ful[if not unlawful act ?] authority and falsely imprisoned Relator for attemptin to contact Federal-Wisconsin Officials,while out on bond,and for insisting on **his Fedreal Rights** be enforced.Nonetheless,Judge Stricklin or her successor will not allow such claims that She[Stricklin violated her Oath to Office,resulting in fut ure or forth coming specific and identifiable damages to Relator,"by her specific actions".Actions Stricklin can only correct by accepting fault under contribution or electing an informal resolution,out-side of Court,in goodfaith resolutions,and in **his** attempt to obtain justice according to normal legal procedures:(12) Denied right of privacy,defending and ossessing property,by fraud inducemenet in acquir-ing information  for an illegal third-private-party person(L.Long,et al),or Agent under a guise of law( 13) illegal and unlawful seizure without warrant legally au thorized by law;(14) Enforced an **ex post facto law**,Bill of attainder,pains,and pe nalties,without legal due process of law;(15) forced/made Relator-Complainant a - salve and to serve the Texas Department of Criminal Justice entity and its employ ees,contracters(etc) under subjectivity of involuntarily means,and thus,the trial Court's judge(s),and or it's Clerk(s) continue,untill this day,to deny **him his ri th to reddress** of **his** grievances in that forum(or change of venue forum),expresse in good faith resolutions...The fact that Stricklin was without lawful right and Authority in accepting and honoring said false and fraudulent documents-called in ictments,presented by Lanch Long and Jerald Garber,-joind these issues at trial & disqualifys the judge Stricklin from conducting any type of habeas corpus hearing because She still faces diqualification under Article 5,§ 11of the Texas Constitu tion; Article 31.01 et seq;30.02 et seq; & 31.03(a) to (c) & 32.01 (TCCP):Cf.**Deck v.Leeftridge**,771 F.2d 1168,1170(8th Cir.1985) as in Estrada's case su judice,all egations that the Court appointed defense counsel conspired with the trial judge to **deprive** [inmate] person of his federal protected rights,satisfys a claim under color of state law requirements,that inmate held hostaged inadverdently failed to state those Court officials conspired..Ibid.

II.

A) Mandamus relief may be granted if thi[ ] Relator has,or shows that the Acts - that are sought f .m the trial Court and it's judge or and its Clerk(s) ar /is to be compelled is Purely ministerial and that there is no kind of remedy at or in - the law.As a denial of access to that trial Court is to not invalidate the proce-edings that became a manifest injustice from the[**void**] judgments rendered by Stri cklin.Hence,even with an evidentiary hearing - it will not Change these pleadings Because the participation of the trial judge[Stricklin] ,as counsel with the Pro-secutor(s) ,had no jurisdiction of or over the causes of action inquestion.The[ir judgment rendered must be declared a nullity and void.**Lee V.Kemma**,534 U.S.362,37. 122 S.Ct.877(2002);Cf.**Lee v.State**,555 S.W.2d 121,124(Tex.Cr.App.1977).This Relat or must have a clear right to the relief sought;and that means that The[his] --

6.mandamus.

Claims do have legitimate merits for [his] relief sought in this instant cause of Action sub judice,and thus,the merits of Relator's relief sought are beyond - dispute."that is,Relator has a liberty interest in obtaining an issuance of a Writ of mandamus to enforce the entertainment of the Writ of habeas corpus in the induced trial Court,as Relator's Constitutional Right to acces to the Convicting Court or under these premises! 'a **void** Judgment/Order can be challenged in any - Court,even before reversal."**Old Wayne Mut.L.Assoc.V.McDonough**,204 U.S.8,27 S.Ct.2 (1907);**Valley V.Northern Fire & Marine Ins.Co.**,254 U.s.348,41 S.Ct.116(1920);Cf. **Ex Parte Seidel**,39 S.W.3d 221,224,& at n.4(Tex.Cr.App.2001)(Opinion on original submission).Inded,State Courts are presumed to follow the law and to know the la inchief.**Catalan V.Cockrell**,315 F.3d 491,493(5th Cir.2002).Furthermore,**only** the - Legislature has the right to suspend statutory laws.**Deleon,supra**,187 S.W.3d at - 475,& n.1,2;citing Article I,§ 28 of the Texas Constitution.(and cases cited)...

B) "All legal matters must be Expressed to be resolved:"

This Relator has a liberty interest and no adequate remedy at or in law ot pursu **his** requested relief other than with [t]his Application for a Writ of mandamus t issue upon and against the trial Court,judge,or and its Clerk(s).The fact that t is Relator was not afforded **his** right to a fair trial[fraud-upon-the-Court],that was supposed to be protected under a guaranteed by both Texas Court officials & the United States of America's provisions,for the[ir]Citizens,pursuant to the le gal due process of law's Clause of the Fourteenth Amendment to the United States Constitution,imposed on -- State Courts Officials..."As certain fiduciary duties consitent with their,his,her sovereign obligation to ensure that justice **Shall** b done in all Criminal prosecutions".**U.S.V.Agurs**,427 U.S.97,111,96 S.Ct.2992 (1976 Relator expresses in lay-Man's illustrations in presenting and asserting **his** iss ues herein,as they are complex and intertwined with many Constitutional errors o. law,and thus,should be held to less stringent than formal pleadings drafted by t ained lawyers in the law.**Hains V.Kerner**,404 U.S.519,520(1972)(per curiam);**U.S.V. Riascos**,76 F.3d 93,94-95(5th Cir.1996),and **Cf.Sickles V.State**,170 S.W.3d 298,301 (Tex.App.-Waco 2005,Order)(Gray C.J.,dissenting).

We have superior American Courts that are Ordering their mandates to take effect on inmates reinstatement to their higher privilege status,because an inmate'(s)- legal status deriveds from that created Liberty interest in reinstatement.See **Wa: ters V.Grossheim**,990 F.2d 381,384(8th Cir.1993):Cf.**Sandin V.Conner**,515 U.S.472,48 (1995),in pertinent part:"Such Liberty interest are characterized as inherent in the Constitution...Arise when a prisoner has acquired substantial freedom such th at deprivation requires legal due process of law's protection; protected liberty interest can be created by (1) legal due process of law's Clause of it's Own forc and by (2) a Court Order or and by (3) States through statutes or requlations."Id. Cf.**Harper v.Young**,64 F.3d 563,566(10th Cir.1995),aff'd,520 U.S.143(1997);**Sandin,**a 515 U.S.at 484;**Walters**,at 990 F.2d at 384.

C)**Procedural Means of Enforcement UnderThe Texas/United States Constitution:**

"Relator's Original Complaint(s) in the trial Court[fraudulently induced]contains causes of action that involve these facts implicated against Respondent(s) as far back as January,19 1996 and as recent as Agust 15,2014 & 8/27/2014,related to cla ims of Usurpation of power,in that judge Stricklin forceably enjoined and compell ed 'ineffective - and,breacher[of his-fiduciary] duty/contract]of Counsel(s) upon Your Relator sub judice,after misapplying presumed private penal codes-violations against Relator or and JOE GARCIA ESTRADA,in light of the[ir]jurisdictional defec exceeding their[Respondent(s)]jurisdiction.Which is the basis for this Writ of Ma ndamus.Moreover,this claim of breach of fiduciary duty by the judge or it's Court Clerk(s),extends beyond misrepresentation,common-law fraud,fraud,conversion,theft among other related claims that led to Relator's false arrest,and unlawful impri- sonment.This plain error of law on it's own in contrary too well established law, as cied on authority above,while enforced under the Civil Rights Act of 1871,as- amended,once it has been discovered that [yuor]a prisoner has been falsely impri- soned by private selected prosecutors or persons acting under the color of State law,and that instrument of color of State law has deprived thi[ ] Relator-Person of interest of his absolute Rights guaranteed by both Texas Constitutional Provis- ions and Federal laws-within this Relator's mandamus briefted petition herein,as iis Application continues to go forward,and is supported by trial Court records un der causes#697896,724327 to 724333,substantive and related documents on these --

7.mandamu.

breach of Frank Alvarez's fiduciary duty,trust,and contract,he suppressed all alibi tangible out-of-State-documentation that day,as retained Counsel and did not secure an open-Court preliminary hearing.See Vol.IV.pg,175-176;L.7-8;12 13;& .pg,177-78;vol.III.20,supra;11,L.15-19;vol.M.N.T.,p.10-12;15-19;vol.1,p.000 "only one charge/fraudulent charge,cause#697896-4/23/1996-se trial record from a date 3/29/1996,When Alvarez,own Agreed setting was extended to 5/3/1996-And on-this said date,that Agreed setting was not actually properly filed for such hea ring with five live witnesses in closed-Court[vol.#000006-still one cause#697896 supposely in the 180th District Court,but in front of D.M.Stricklin,Lanch Long,& sitting in the outer-benches,One Complainant or witness,with her[L.M.]parents... Never asked to testify,nor make her accusations against five alibi witnesses and their out of State documentation..."Ironicly,causes#721637 & 721638 were handed-to Ms.Stricklin,that[5/3/96]day,but don't appear in trial court records untill 6 24/1996.See Vol.1[index],p.#000008(as exbits 3-A,3-B,3-C-by Estrada),and if one looks at thelower-left-hand-corner,where it says:"Approved by the Court"-that un ecipherable signature,with an unidentifiable name[SCRIBBLED image],it is not Mrs Stricklin's affixed signature,as in V1832 PO289-The secound hearing held withc any alibi witnesses,and without either JOE GARCIA ESTRADA,nor Joe salinas Estrad Junior,your Relator...In a habeas corpus proceeding,on 5/3/1996,but even wrose, that phantom Court's proceeding was held under a substitution cause#721109,for - cause#697896-the extradition cause of Stricklin's is—— suppressed under cause# 721109-Minutes of Stricklin's Court...Two different abstract settings that have no real truth under legal or illegal representation...Whether herefore denominat intrinsic or extrinsic,"A-Void-judgment is One,'as herein this case sub judice', that has been procured by extrinsic or collateral fraud and entered by a Court t at did not have,and does not have jurisdiction over thi[ ] subject-matter,cause nor of this Party-Relator or any party for that matter"..And,even though the tri Court judge,had an ilegal intruder,sit for her on 3/29/96 & 4/23/96,that [initia looks like(A g}different signatory initials ?.Id.at index-vol.#000005,6,7,8--You Relator did see and observe STRICKLIN's presiding over these said cases on said dates,but these trial Court's papers reveal that an illegal intruding judge or - ghost commissioner illegally and unlawfully held this Relator against his will, and has contributed to continue his[My] unlawful restrained and confinement,and thus,restrained of his liberty-interest by said Respondent(s) of interest,Brad - Livingston and or Eddie D.Baker...Which,in this circumstance,he/they act as if h or they were/is a state or a private person,were it contracting in a natiionwid criminal[justice]scheme to fix the whole sale price of wearhousing people allege legally or illegally convicted of crimes or offenses against fictitious persons. As inthis case at bar,Lanch Long in his personal,individual and official capacit used his manufactured fraudulent cause indictment[#697896] to support his/their exercise of in personam and subject-matter jurisdiction in the[ir] forum under - assumed Taxas statutes...When no-such reference existed on the face of the[ir]vo indictments issued under Citation,cause#697896,724327 thur 724333...These unlaw ful trial Court's and judge's actions are right-out derivative of transfering th [s] Prisoner from Wisconsin State to Texas State without proper and legal Authori ,as those Court's/judge's Officials,and extradition Core bodihunters had and sti have no bases of subject-matter jurisdiction,and thus,did not act under any autho ized statutory law,muchless Constitutional laws guaranteed to all People of the Un ted States of America.Which extends to Aliens as well.See Barden v.Keohane,921 F2 476-77,n.1(3d Cir.1990),in pertinent point:"

> "transferring prisoner without proper[nor legal !]authorization did not
> divest Court of Appeals of subject-matter jurisdiction over Appeal from
> denial of habeas Petition"Id:Cf.U.S.ex rel.McInery v.Shelly,702 F.2d 101,

102(7th Cir.1982)(per curiam)(same);(transferring prisoner out of State without-Court Order [void Order is equal to the same]did not divest Court of jurisdictio over habeas appeal),rev'd on other grounds,833 F.2d 149(9th Cir.1987);Hammer v.Me chum,691 F.2d 958,961(10th Cir.1982)(same);Goodman v.Keohane,663 F.2d 1044,1047(1 th 1981).Hence,this Petitioner's filed petition for a Writ of habeas Corpus was - properly and legally filed in the United States District Court of the Eastern Dis trict of Wisconsin,Milwaukee Division,under Case#14-CV-00631-Joe Salinas Estrada Junior VS.Todd A.Foxworth,et al (now Eddie D.Baker,senior warden),who has Custody of this Prisoner,and who also continues to permit more physcial and mental harm -

towards this Petitioner,by ignoring inner-prison informal resolutions sought against prison gaurds shot-callers,and mailroom theives stealing his (legal) legal mail going out,as well as coiming in that Mark Wayne Michael Unit"on daily basis,and that is not limited to TDCJ's Inmate Trust Fund Account department's Tellers intentionally permitting phanttom Courts and their ghost judges to steal $9 44.00 from Petitioner's account under#00835624...i.e.,Case#14-CV-00631-USDC-E.D. Wis.Milwuakee Div.supra--Related issues Civil Action #4:10-cv-332-A USDC.NDTex.- FWD;Case#3:06-cv-2041-B(BH)-USDC.ND.Tex.DD; 02:H:04-cv-00687-USCD.Tex.CCD;4:12-c 672-A(BJ)-USDCD.Tex.FWD;4:12-cv-672-A-BJ(same Ct).etc;3:96-cv-3382-X-USDC.NDTex. DD;Case#6:12-Cv.-618-USDC.EDTex.(unknown Division ?)...These said cases were unlawfully sabotaged by Mark Wayne Michael's mail room's supervisor,Elisath Ann Miler,and her lower staff employees hired by and through Brad Livingston's corporate industry[aka TDCJ],for such inhumane mistreatment againstinmates as[your]Petitioner.-Who has tried inoumerous times to litigate his Constitutional Rights violations by both TDCJ's Officials and Trial Court's offenders of Petitioner's absolute Rights.However,those implicated in all said cases are not exposed by the Federal Court's interim or public servant clerks,as they unlawfully cdlaberate with each other to hermetically seal[ed]the[ir]Courtroom doors against this Petitioner,as their functionary [rogue illegal third party interve    ] refused and neglected and impeded  Petitioner's[Estrada's]filing legal papers,and thus,said Respondent(S)/Defendant(s) censoring ofl Petitioner  [Estrada and immdeiate famil members] for over 16-years to date,has interfered,and continue to interfer as of 8/15/2014 & 8/27/2014,with[Petitioner's]Relator's access to the Courts of both - State of Texas and Federal Courts and,therefore,violating his God given Rights a human-being.In turn,have caused tortious injury/s injuries-As family members helpless to obtain a jurist of reason or and some One of influence within the State of Texas,or any other State's Government's resources to assist in enforcing federal laws to be applied against violations of Relator's rights pursuant too - human[e] and Civil Rights under the United States Constitution of Americae.g., R) and v.Shapiro,708 2d 967,972-73,n.5(5th Cir.1983),citing Signafus v.Brown,416 F. 2d 105(7thCir.1969)(Other cases too);crawford El v.Britton,523 U.S.574,590-91(19 98),as this case implicates, prison personnel knew Relator's legal personal box- of paper-materials were predetermined to be confiscated,and not delivered back t him and would intentionally  icard his Constitutional Rights,by violating  his r ghts to be free from unreasonable,unlawful seizure of his legal Property."Not or but for the third time within an Eighth(8) years span"...Last on 9,'22/1024.When t is Petitioner discoverd that  his legal mail-11.07,Forms for A Writ of Habeas co rpus never made to the State of Texas Court house in Houston.Yet,see Grieivance# 2014201243-"Acknowledging that Relator was not denied notary public service on 8/ 15/2015-That unsworn declaration notice of service was for Estarada's post-convi ction(s) relief sought,but said legal mailed materials were consored to deprive[ Him of his liberty interst,and legal property,that would support his Actual and factual innocence,not merely legally innoncent"Id.(recent new grievances filed c assaul/s,physcal & mental injuries pending,'if not suppressed.as before?").
Hence,Correctional Institutional Division wardens and executive director,are joi tly responsible for unlawfully holding Your Relator without legal  and valid aut hority,and they as a whole have taken part in proceeding to act and assist in sa conspiracy of Silence to conceal Relator's unlawful confinement to prevent colls teral damages being brought against Debbie Mantooth Stricklin,Lanch Long,et al., Brad Livingston,et al.,as all proeperty and liberty interest removed or taken as always was,in violation of commerce,and the laws of the Land,otherwisse convc rted,soled/or and seized by said Responedent(s)/Defendant(s) and other parties[i collusion therewith,to aid and abet the trial Court's officers implicated as par ies in the commission of manufacturing and fabricating fraudulent indictments to falsely imprison this Relator e.g.,Hamilton v.McCotter,172 F.2d 171,183-184,n.15 22,23(5th Cir.1985)(cases cied therein).
The Trial Court's judge deviated from her Role of the Public Courthouse and committed fraud-upon-the-Courts in the superior level,and not in according to the f undation of law,commerce,which supposely,the whole legal system consist of Telling the Truth,the whole Truth,and Noting but the Truth...Therefore,under such fraudu lent indictments,there can not possibly be any legal and valid prebeble Cuase rep rts support-d with/by authorized legal Affaint(s)/Agents solemn expressed Truth.

9 .mercy.

by-way of testimony deposition,and/or affidavit of Truth(s)...record was made of dates 5/3/1996,when and where in the trial Court three alleged complainants or Plaintiff,with Lanch Long,[DA -Chief] appeared in front of judge Stricklin,as well as JOE GARCIA ESRADA[OR Relator if defendant ?],and Frank Alveraz,his Adversary inbreach of his fiduciary duty....Alveraz intentionally failed to show every piece of alibi documentation-of out-of state and to call for judicial notice upon of the false name,false claim(s) against [any]Estrada,and release unto him/them immediately,the order of the Court/judge's,because no One came forth to legally charge this Relator...Thus,not one State officer/Plaintiff were acting — under the major premise of a legislative venue.The judge and Prosecutor must,'but did not,have delegation of Orders that would have gave them any sort of authority to conduct such lawless hearings and trial.Irregardless that every honorable judge is required to require those who appear before him/her to be sworn to Tell the Truth,and is compelled by the higher principles of his/her profession To Protect Truth and do nothing to TAMPER with that Truth,either directly or indirectly,either in person or by proxy,or by subordination of an[y]Affaints/Agents or other — private and or individual persons."No judge can interfer with,tamper with,or in any way modify testimony without disintegrating the Truth-seeking process in his, her sacred profession,otherwise,as it is,destroying the fabric of his/her-Own Occupation."As We can see by the extradition fraudulent and forged papers,Strickli could or would not extricate her self from such erroneous criminal indictment under cause#697896,  she proceeded against procedure protocols of laws implemente for the Citizens protection against tyriannainism.Stricklin  acted and performe against Commercial service of process,under legal due process of law.In otherwords,this intentional wrongful tort was continued by Judge Stricklin,and her judicial abuse of power/authority,is the cause of action sub judice,because this said damage of false imprisonment belongs to her Own personal liabilty.See Kubosh v. City of Houston,2 S.W.3d 463,469(Tex.App.[1st Dist.]1995,no pet.denied);City of Houston v.Swindall,413,417-18,n.7(Tex.App.]1st Dist.]1998,no pet);Brunlt v.West, 892 S.W.2d 56,66(Tex.App.-Houston [1st Dist.]1994,Writ denied);Cf.Ex parte McCai 67 S.W.3d 204,210,fn.2,7,& 15(Tex.Cr.App.2002);Cf.US.V.Key,205 F.3d 773,774,n.4, (5th Cir.2004);& Harrison v.McBride,428 F.3d 652,668-70(7th Cir.2005)(legal due process violated when judge would not recuse himself)(Estradada's plea for Stric lin to recuse is in the transcripts,among other motions for recusal and quash ind ictments/or fraudulent instruments).Which includes the Harris County Sheriff's de partment's breach of fiduciary obligation and duty,to not acknowledge there was/i no warrant for arrest for Relator when he arrived at the County jail on 3/19/1996 at 11.35 p.m...Instead of releasing Relator,the Sheriffs proceeded to file false charges,and from there on a certain sheriff scienter(s),dictated Relator's false imprisonment in their/his/her personal,private,individual and Official Capcity(: and thus,insult to injury derived from the Sheriff's Department due too their d relicition of duty,defalcation,Embezzement of Public Funds.Because they collecte Federal Grants to falsely imprison/house this Relator for 22-months,before he wa soled to TDCJ's industry of inmates.In fact,by using cause#721109,to suppress Cua. #697896,was to personall/edit and censor original Court's documents,and refuse to perform it's lawful duty under his/her/their sworn Oath of Office.These document are available to this Wisconsin Federal Court Judge,through the trial Court's Cl rk's records for causes#697896,721637-8,721109,724327 to 724333[ judicial notice upon swicted causes on appeal by Gladden,Greg,under#0724330,0724320,07243310,072 33300,07203390,07203330,07243370, & 07216380-these causes were on Defendant's(JSE Motions for examinations of defendant's incompetency to stand trial,as said Moti -s were pertinent to his Abatement of Convictions,etc].But Relator relies on the imposed Court's or Stricklin's fraudulent indictments as evidence that Relator i in fact a hostaged held Prisoner incarcerate and confind in violation of the Un ed  States Constitution,Laws,and Treaties thereof,as such violations arouse to t Level of a significant fundamental defect which inherenttly has,resulted in a mi carriage of justice,by Texas Courts turning a blind-eye to injustice,and is inco        sistant with the rudimentary demands of fair procedure.e.g.,Reed v.Farl 512 U.S.339,348(1994)(cases cited);Justices  of Boston Mun.Court v.Lydon,456 U.! 294,300-01(1984),"custody requirement is satisfied if and by release on recojini ce bond,if not completely discharged from unlawful confinement"Id... Hence,Relator's Constitutional violation claims originally aroused out of the —

10.mercy.

Eastern District of Wisconsin,Milwaukee Division,where he was initially — arrested,deatained and restrained of his libert,by the Milwaukee County's jail of the Sherriff's Office....These are issues not told by Lynn Adelman,nor Jon W Sanfilippo,the District Courthouse Chief Clerk,nor told by a jane/john doe un-initials "(jcl)" (if J.Lyday,deputy clerk),and Who acted illegally and unlawful. as a party requesting to remove case#14-cv-00631 from the Courthouse located at 362 U.S.Courthouse,517 E.Wisconsin Avenue,Milwaukee,WI 53202 to some unknown Ee-stern District of Texas selected forum.i.e.,Civil Docket Text(intenal Use only : expressed rather than docket entry sheet!),#10 is misleading,because an assumed judg,Lynn Adelman did not sign any order to transfer said case,and did not appea nor signed his john doe at Milwaukee,Wisonsin[Division],nor was such misleading-Text's statement,entered upon said Court's docket.In fact,there is no name and - address of the Court from which this said case is removed ?..Wrose yet,the third party Remover provided a foot-note to express that [t]his Plaintiff[Relator]has provided his Texas Department of Criminal(s) Justice inmate Number,Which is 8353 24[actually-00835624]-Based on that Number,TDCJ identifies Plaintiff as JOE GAR CIA ESTRADA.See http://offender[ I,JSE,Jr did not offende anybody !].tdcj.state. tx.us/OffenderSearch/offenderDetail.action?sid=02814639(last visit August 14,2014 Thus,these said Respondent(s) are acting under Federal Law of Government or Fede ral Actor(s)under color of Federal law,and without prior notice to removal for a opportunity to contest,and rebut suchgross inconvenience to this Partty/Relator, alibi,family witnesses,Milawaukee WI,Court Officers of interest,Sheriff's Offic-ers of pertinent interest,for taking action during the illegal arrest,detention-for 57-days before forced to be taken into Extradition Core's Bodihunters/agents Custody,handcuffed,and legs-chained,while being transported in a small-Van from the Milwaukee County jail to Harris County Jail of Texas...However,this Relator and his Wife,and now adult Children are the only parties affected by such Milwau kee Police/Sheriff's reckless indifference for responding to Lanch Long's and — Johnny B.Holmes,Jr's fraulent indictment,under cause#597896(& related void char-ges if any at that time),and not Commercial Lien(s) as would have been a valid & legal Authorized True Bill(s) of indictment[in-Commerce publicly declared.Said fraudulent indictment does not even come as a legal Normal True Bill(s) in comme rce,Hence,those Milwaukee Wisconsin Police Officials[john/jane Does)are jpintly reponsible for responding with their Own reckless irresponsibility to not have - questioned the authenticity of such fraudulent State of Lanch Long's instruments of color,and therefore,these Relator's assertions do arise under Federal Law[vic lations];said Respondents breached their duties to detect the fraudulents depriv ed Long and Holmes and Stricklin,and now,Eddie D.Baker of personal and subject-m tter jurisdiction,and was not available under any-situation-specific Federal sta ute;and as it is,that their putative Respondent(s) contacts[& contracts] with th is Nation as awhole and should hereby suffice to satisfy the Applicable Constitu ion requirements...and that as illustrated above,on how Relator is denied and de rived of his day-in-Court in the State of Texas[not a resident on some void Coun dates of false accusations],he herein certifys under penalty of perjury,and too Tell the Truth under God,these Tort Claim(s) was submitted under Title 28 U.S.C. 2679(b)(1)(FRCP),and was for the purpose of said U.S.District's Court's judge/-Chief Clerk to implement Title 42 USC§1985(1) &(2) & (3);1986,et seq;Ch.21:note 69,and which calls for implementing a companion statue,§ 1983:Note 39.As these i sues derived from such ab initio damages for Breach of Relator's Rights guarant-eed [under C.U.S.A.F.],for or of subjecting of [t]his Relator Citizen][in the pa rty of the U.S.A.] deprivation of his Rights,of the Privileges,and immunities,un der the SECURITY BY THE United States Constitution/Contract,and of the laws for such breaching as Citizen(s) IN THE Party(s) as State Officials/Respondents that have been and are liable for these said injuries of this Relator Citizen of Wis-consin State,and now the party of interest in this Tort suit sought with his Equ ity,or in any other proceeding that may be proper and legal for Relator's petiti for redress against the OFFENDING Respondent(s)in their Official,personal,indivi dual capacity(s) as a party to this lawsuit(s)...See also Ch.21's notes 39,3133, §1343,of 42 USA,(1) to (3)...These are just a few exclusive remedies available fo the RELATOR'S same subject-matter presented below in the U.S.District Court for he Eastern District of Wisconsin,but for the abuse of position,power,authority,or discrection,said Milwaukee Divison's Judge,Clerk,er al,refuse-d and fail to perf--orm her/his/their ministerial duties employeed by Federal law,and for such othe

11. mercy.

reaons so indicated in this **Relator's pleadings.**Wherefore premises considered, and that this said Court's federal judge(s) determine that "it has been justly thought that these said subject-matters at bar are of such important to determine from **its** legal sources it's authority derives from Title 28 U.S.C.§1651(a)," this Seventh Circuit Court of Appeals can't lie under §§ 1291 & 1292,as Courts us their power to issue such Court's and it's judge'(s) jurisdiction over the subje matter at bar,as it retains original jurisdiction over the merits of Relator's — motion to Set-Aside and vacate judge **Lynn Adelman's** alleged ORDER to Transfer hi Action to some Court for the U.S.District Court to the Eastern District of Texas and recall to reinstate and reopen **Relator's** original Civil Rights Action,as a t rt Action intertwined for the purpose of treating **Relator's** claim(s) as a Petiti for a writ of habeas corpus,because complaints involve-d the validity of **his** ula ful imposed convictions and sentences-and-are necessarily at issue.**In re Sapp**,11 F.3d 460,462(6th Cir.)(citation omitted,but Same),cert.denied;

"A Pudent **Man**/Woman foreseeth the evil,and Hideth him[her]self;but the Simple — Pass on,and are punished"**Proverbs 22.3**..."The true Danger is When **Liberty** is Nib- bled away,for expedience and by parts.The ony thing Necessary for the Triumph of- Evil is for good-men/women to do nothing"**Edmund Burke**..."Our Government is the Po tent,the Omnipresent Teacher,for good or for ill.It Teaches the whole People by example.Crime is the **Contagious**,If the government becomes a lawbraker,it breeds Contempt for the law;it invites every Man[& Woman]to become a law unto him/her.By **Louis-D.Brandeis,Supreme-Court-Justice**..."A REPUBLIC":"It is not the function of Our government to keep the Citizen from falling into **error**.It is the function of Citizen to keep the Government from falling into error.**American Communications A sociation v.Douds**,339 U.S.382,442;Cf.**Calder v.Bull**,3 U.S.(Dallas)386,at 390(1798 **Relator** is falselely imprisoned where **he** faces difficulties due to **his** incarcerat ion by Texas citizens as Representative(s) and in their private,Official Title ca pacities that donot acknowledege their unlawful conduct,and both federal and Sta forums are selected by TDCJ's mailroom Fraudfeasors wire and mail fraudulent dev ises to deny **Relator** access to the Courts,and thus,**Brad Livingston** through **his** — Contracting senior Warden[ **Eddie D.Baker**,successor of 12 others],uphold the frau ulent[172 F.2d 183-184] Contracts/indictments to suppress and hide the[ir] trial Court's judge's imposed unlawful imprisonment,and how the said unlawful convictio -s were obtained-in-violation of **Relator's** Constitutional Rights.Inwhic,the reali in truth,does no longer,as it never did,empowered the trial Court and judge to i pose such illegal set of sentences.But that both State Officials of Court and TDC J's Ostructionist are the resultant of a collusive criminal suit arranged betweel them.Thus,these said rogue prison administrative body members are not committed Texas Legislative- and executive bracnches,but rather their own agenda in securi their monetary gains for safekeeping your **Relator** out of the legal Courthouse o America.Even prospective relief against TDCJ's Oppressors may render moot [t]his an Interstate Transfer to a Federal Prison,because there will be no chance of hi returning to State prison,'if this honorable Circuit Court's justices would gran **Relator's** writ of Mandamus in and on [t]his proceedings[sic]against judge **Lynn Adelman**,and or Jon W.Sanfilippo and J.Lyday,deputies under Court Title,et al,fo abuse of Authority,power or acting in Usupation of authority by closing the door to his,her,their Courthouse and depriving **Relator his** right to petition the said Court and its Judge(s) for redress of **his Tort Claims**,intertwine with Civil Righ and human rights violations,against **him,your Relator** sub judice;and hence,grant **his** writ allowing for transfer of vunue to prevent further due process of law de ays and compel all Repondents to show cause or legal cause of criminal claims le ied against Relator,if any,and why your Relator should not be discharged from — such unlawful confinement,due to said deprivation of rigths under judge **Adelman** or said Clerk(s),as dfinded under Tile 18 U.S.C.,§ 241,et seq & § 242 et seq,reg arding case#2:14-CV-00631-LA,incorporated by reference herein as if set out enti ly hereintoo and on the basis of the existing record,and on further basis of tes mony,evidence anticipated to be adduced on an evidentiary hearing when this or t ese said Courts and judges take Venue-jurisdiction over all these submitted docu ents or and pertinent documentation to this said case sub judice,in connection w th this Relator's want of a Writ of mandamus,pursuant to Rule 21(a)(1),(2)(A),(i (ii),(iii),(iv),(C),(b)(2),(4),(6),(7),(c) of the Federal Rules of Civil Proced Also e.g.,U.S.V.McGee,981 F.2d 271,272-73(7th Cir.1992);U.S.V.Prows,448 F.3d 122

12.mercy.

1227-1228(10th Cir.2006)(same);Cf.McGee,supra,at 272-73,abrogated by Johnson/ U.S.,529 U.S.694(2000);Cf.In re Volkswagon of Am.,Inc,545 F.3d 304,318-19(5th Cir.2008)(en banc),"writ granted allowing for transfer of Venue when district-Court/judge abused its discretion and right to mandamus was clear and undisputab in refusing to prosecute Relator's Tort claims".Ibid;Title 18 U.S.C.§3145(c),bec ause the Circuit and U.S.District Courts and their judges retained or retain ori inal jurisdiction over their petitioning Relator,as a Wisconsin Citizen and over merits of Relator's Motion or Notice To Include and Agument the Record for Motic To Set-aside Judge Adelman's Order,to-Not-Vacate State Custody Order(s)/judgment against your Relator,for "FRAUD-UPON-THE-Courts.But that the lower Court was not divested of subject-matter and party jurisdiction,in resolution of pertinent pos decisions upon Plaintiff's[Relator's] Prisoner's Complaint against-All Defendar -s/Respondent(s),Affidavit Of Truth by Joe Salinas Estrada Junior-Relator,Statem ent of Facts and Conclusions of laws proposed / submitted,even unreasonably,and unconstitutionally,terminating Relator's Case,after Judge Adelman signed for [t] his Case and ORDERED Relator to pay his initial filing fee or partial filin⁹ fee to cure the deficiencies.In which,were paid to a sum of $26.67(twenty percent) $133.33,decided upon motion for leave to proceed in forma pauperis by Estrada or 6/23/2014-docket Text #6)...See D.T.#8 & #10-both Orders of judge Adelman on 6/ and 8/15/2014,granting motions to proceed upon Merits of this Relator's plea ed Tort,Civil and Constitutional Claims levied against mentioned Respondents re ponsible for Relator's false imprisonment and tortures he was and continue to b subjected to while he seeks Sanctuary of the bar;and Relator removed from the S ate Of Texas,from the Texas Department of Criminal Justice or Eddie D.Baker,et and Brad Livinston and all Respondents of interest who hold your Relator agains his will,and unlawfully - by such joinder of misprison of felony offenses by pr vate,individuals acting under color of state law,and now federal law.For the il gotten and wrong procedures applied by both judge Adelman and his Clerks who ar also subjecting Relator to the deprivation of rights under the color of the[ir] Law(s)..."Even though this Case sub judice has nothing to do with the geography of the United States of America"- - "When the question case is where jurisdicti is invoked based on nation-wide servie of process"..."because the Fifth Amendm nt of the U.S.Constitution requires the Plaintiff's choice of forum to be fair reasonable to the defendant"...In other words,the Fifth Amendment - "Protects in vidual Litigants against the burdens of litigation in an UNDULY INCONVENIENT FO um".e.g.,Republic of Panama v.BCCI Holdings,119 F.3d 935,948(11th Cir.1997);Cf. Peavy v.BellSouth Medical Association Plan,205 F.3d 1206,at 1212(10th Cir.2000)
(emphasis added insupport)
Relevant factors presented as issues:
Fraudulent joinder in post-removal joinder of a diverse or and non-diverse Resp ndent(s) & Paintiff[Relator]of interest were never opposed by State Prison or & TDCJ's Officials,so no objection to personal[& subject-maatter]jurisdiction in id lower Court was waived.Since Defendant(s)/Respondent(s) was served process ed of service(as certified by Relator).Although Judge Adelman,et al,improperly, not unlawfully,Ordered Relator's action to be transferred to the U.S.District C urt for the Eastern District to Texas,he never provided any opportunity for him to time object,as a matter of law.On 8/15/2014 and,on 8/18/2014,John/jane doe-(jcl) terminated case#2:14-cv-00631-LA..This inspite of that Chief Judge Willia C.Griesbach took this Case sub judice and assigned it to William E.Duffin,U.S.M gistrate judge,prior to 6/2/2014[D.T.#4],but Relator declined an Article II,jud ge's jurisdiction.Respectfully...and returned the Magistrate Consent form as er orsed and signed prior to 6/23/2014[D.T.#5].However,no assertion in any kind of responsive pleading(originarily,the answer),nor in any motion sua sponte,as if would have been under Fed.R.Civ.P.12(b)(2);Or (b)(1),to have dismissed it or tr ansfer said Case for want of personal and or subject-matter jurisdiction.Even t ough statutory law and jurisdiction was applied for Nation Wide[ Territorial]Se vice of process to Federal Court's of Wisconsin,pursuant too 12(b)(6) & (7).The U.S.District judge,Adelman,et al,abused his,their authority(s) when he,or they, a whole refused to have joind the non-diverse defendant(s)/Respondent(s),and tt said lower Court's jurisdiction's invocation,pursuant too Supplemental Jurisdi ion,Pfande and section 1367:The Case for a Sympathetic Textualism,148 U.Pa.L.R 109(1999):Symposium.,A Reappraisal of the Supplemental-Jurisdiction Statute:

Title 28 U.S.C..§ 1367,74 Ind.L.Rev.197(1998).Hence,the abuse of authority to close the Courthouse doors on **Relator** was to further discard the notion that **Each Individual is a State**,a condition of STATE,together every-One,as a condition of Commercial Contracting business...Thereby,this legal matter came before the lo er Court on Plaintiff's petition and it was paid of fee,$26.75,recceipt#MK4689-04 6381,and thus,joinder to enter in to Contract is established with that United Sta tes District Courthouse of the Eastern **District** of Wisconsin,Milwuakee Wisconsin Division,because these set of unprecedented --- circumstances go beyond **Relator** me eting the Cuase,prejudice and miscarriage of **justice** exceptions,that **Relator** has over come under factual,actual and legal innocence exception that dictate the very nature of his claims that render his case(s) **exempt from the State of Texas and il CRiminal or civil Attorney(s) jurisdiction(s)**under their systematic-Fraud of the[: trial Court-Corporation."But their,Lanch Long,et al,and Eddie D.Baker have establi shed an independent and effective censorship of **Relator's** legal materials to supp ress that Trial Court's practice of manufacturing,and fabricating fraudulent indic tments or Contracts,as documented fraudulent instruments with the usage of fictior or fictitious-language that shows their intent[writer's/drafter's] is,as was,to de fraud the person **he,she,they** are/were contracting with or as --- this case sub juc ice,subjecting **Relator** to constructive fraud to obtain his[mine]person with in the ir jurisdiction.Thus,the State of Texas is not a party to this want of prosecutior because the **People of the State of Texas** did not unlawfully mis their intent to defraud the Federal Government,the Milwaukee Police Department,States that were crossed,and their Governmental departments,but it was John B.Holmes,Jr,Lanch Long, and Debbie Mantooth Stricklin who,as a unit,transmitted said fraudulent informat ion to Order a baseless and unfounded warrant for an alleged fugitive's arrest anc then hold **him** for 57-days,and transferred **him** in violation of Interstate Correctic -s Compact[agreements].i.e.,Texas Governemt Code,§ 493.001 et seq;article 51.13,§ 2,3,4,5,6,7-27;51.14,Article I to IX(a) to (f);42.17 ,et seq;42.19,Article I to X (b) of the Texas Code of Criminal Procedure.See also Soures v.Norris,782 F.2d 106 107(8th Cir.1986)(per curiam)("Apponintment of[non-breacher]Counsel appropriate – when § 1983claim that prisoner transferred in violation of Interstate Correction Compact;and as in this case at bar,not frivious or malicious,evidence by claims : civil case#02:H:04-cv-00687-USDC.SDTex.VD;02:H:04-cv-03723-USDC.SDTex.(Servied un till sabotaged by TDCJ's mailroom proxies],and by original duplicated indictment.( fraudulent indictment,then refraudulent indictments);Cf.muniz v.Sabol,527 F.3d 2$ 34-35(1st Cir.2008),as in this case at bar,"Relator's challenges of denials of in erstate Correction Compact under a hardship implication,is intentionally delayed by prison Officials to transfer your Prisoner[Relator] under applicable Federal l: for relief of inhumane and unconstitutional conditions of [false]confinement".Id Therefore,this present proceedings involve not only Civil Rights and human rights violations,but tort claims that pertain[ed]pleadings that the lower Court was to deal with as a result of said Continuing Federal law and Constitutional violatio: and proven substantial denial of varies Constitutional Rights violation with whi ch the Defendant(s)/Respondent(s) moral wrongs and unlawful actions committed ag nst this **Relator**.Hence,cognizable Claims were not duly considered when **Debbie Ma: tooth Stricklin**,et al,conducted her trial in chief upon misapplication of their law(s),statute(s),rules,codes,etc,even though **she** never acquired leyal,proper ju isdiction under [sic]their compact treaties **Certification reqirements** for impleme: ation of provisions under the said Transfer Treaty Governemt's Act.Mainly because there was never any commission ofthe alleged offense cause#697896 and on causes falsely alleged under #721637-8,Relator was not present in the State of Texas,not even under #721109,for demanding State/People of exective authority to make such demand upon their fraudulent indictment(s),and misinformation,without its/their affidavits of truth in-support of predetermined probable cause.Thus,these said : cumentation were from a state having no jurisdiction of the alleged and false .: mes.Therefore,judge **Adelman**,et al, as **Responent** who intentionally and knowiny .. fefused and failed to properly Order his Clerk(s) to file **Relator's** actual su..i tted information contained in **Relator's** complaints inchief.In turn hindered an: prevented Relator an "equitable" exception in retrospective position under the - ( Commercial Contract) perpetual-existence with State Wisconsin Federal Courts,anc Relator's demand for a jury trial in a forum of fair and imparial tribunal.Espec: ally since Relator's Case stated',by his initial pleadings',is not removable ,anc should not have been removed on the basis of jurisdiction conferred by §1332,of

14.mercy.

Title 28 U.S.C,FOR THE PUrpose of § 1404(a),and thus,should have commenced
action brought in the original correct Division in the interest of equitable jus
tice,because of the evident legal due process of law violations by the prosecut
ing team of Johnny B.Holmes Jr,et al,and their cover-upans manipulation of false
complaining witnesses and their false teastimony or evidence used to secure an un
lawful conviction(s) and sentences.Therefore,Federal Courts do have broad powers
under aforementioned statutory laws,and United States Constitutional laws too cor
rect such malicious prosecution and cruel and unusual punishment of unalawfully
incarcerating an innocent Man,as your Relator...In which,17½ years of TDCJ's cen-
soring Relator's legal mail,and taking of his legal property(apart from physcal a
saults on him,stealing of his inmete's Trust Fund Account's savings,menatal pysch
logical trauma inflicted,to shut him up,is of trail Court's records and TDCJ's f
ings of records by Relator,warrants \an unconditional release of him,as Plaintiff
and Relator sub judice.Quimette v.Moran,942 F.2d 1,13(1st Cir.1991;Cf.Maleng v.C
ok,490 U.S.488,493(1989)(since State/Prosecutors order of detainer,custody requir
ement satisfied ;without proper,legal authorization ot transferring prisoner out
of state);Cf.Justices of Boston Mun.Court v.Lydon,466 U.S.294,300-01(1984)(same
Goodman v.Bertand,467 F.3d 1022,1031(7th Cir.2006):28 U.S.C.§ 2243,§ 2241(c)(3)[
for the purpose of § 2254(a)].Hence,Courts must decide state[if legality applies
or TDCJ's prisoner[Relator's]'s was ever legally before thr State of Texas Court
and judge's jurisdiction over the subject-maater,as law and justice requireId...
Forum Non Conenienss;and Special Venue Provisions/statutes:
    For all the above illustrated by your Relator,this Federal Court's judge's discr
ction can vacte and set aside all Eight (8) counts of[fraulent)indictments and-
nullify the said State's/Lanch Long's,et al,and Judge Stricklin's fraudulent judg
ments to this Relator's covictions upon said tort actions initiated below and Tr
ated as fashing habeas corpus relief,because validity of Plaintiff's[Relator's]-
imposed unlawful criminal convictions necessarily are at issue-Presented sub jud
ice.Gilmore v.Bertand,301 F.3d 581,583(7th Cir.2002);Cf.Small v.Endicott,998 F.3
411,417-18(7th Cir.1993)(ciation omitted).
The Supreme Court's justices have held that special venue provision of the Federa
Arbitration Act,9 U.S.C.§ 9,is permissive rather than restrictive.That is,a mot-
ion to confirm,vacate or modify an arbitration [award ]under the Arbitration Act
may be brought either in Venue permitted under 9U.S.C.§ 9,or in a Venue permitte
under the general Venue statute,28 U.S.C.§ 1391(a)(2)(in a diversity case & or -
(b)(1)-in a Federal question) & or (a)(3) & (b)(3) are fall-back provisions,unav
alable under § 1391(b)(1) or (b)(2);but however,is available under the special V
nue provision for suits brought the Securities Exchange Act of 1934,15 U.S.C.§ 7
aa,the fall-back is unavailable.See FS Photo,Inc.v.PictureVision,Inc.,48 F.Supp.
d 442(D.Del.1999);Cf.cortez Byrd Chips,Inc.v,Harbert Construction Co.,120 S.Ct.1
31(2000).The fraudulent indictments are sufficient snowing of proof that access
    proof even aside from Relator testimony,et al,and TDCJ's warden Baker's,et al
justification for unlawfully holding your Relator incarcerated in the State of T
xas...ITS not about an easier litigation to be had,nor should it be a better con
enience of Lanch Long and Eddie D.Baker,et al,because they are assuming to be ac
ing under color of state authority,in their official and personal and individua.
capacities while conducting their business to hold Relator illegally and unlawf
ly against his will at the Mark Wayne Michael Prison Unit,located in Anderson Co
nty of the State of Texas.,"but if forum non conveniens to the existance of re.
evant factors show that Texas bias and none impartial Courts provide Relator an
kind of legal due process of law protections in Civil avd or habeas corpus suit
and thus,State Courts as well as Southern federal Courts decline to enforce the
substantive laws of rules that would actually apply for curing substantive righ
violated under legal due process of law,rather mistreating [t]his diverse party
State and Southern federal Courts indifferently,than diverse parties if Rsponde
(s)/defendnt(s) would be made to appear in this Wisconsin's lower Federal Court
    Instead,the sad reality those selected state and Southern District federal Cou
-s and their selected judges have repeatedly fostered inequitable treatment of t
[ir] law...Relator's emphasis may be inartful in pleading his cause of action an
should be[404 U.S.519,520]liberally construed to a draftment less stringent than
standards drafted by trained lawyers in the law,so as to rely onthe fact that t
Case may indeed be a diversity Case ?,and"at what point does a mistake cease b
ing a mistakeerroneously in the criminal complaint's orgin,and become the setted
                                15 .mercy.

law ?".Whether inadverdently or intentional,it was in Lynn Adelman's,et al, decided to make the same abuse of authority,if not a mistake,when he *granted* Plaintiff's/Relator's notice to include and Aqument the record for his motion - for Leave to proceed in forma pauperis(Docket #2),with his accompained cerified prison account statement that was required of him,but then supposedly ordered this Case sub judice transferred to some unknown Texas Federal forum,"with *out at least* days to have had an opportunity to contest such removal and replea-d in respond t such a severe disadvanataged,without defending his[Relator's] action,"with the - Federal interest - in having Plaintiff under any mentioned or unmentioned statute providing for Nation Wide jurisdiction to these Federal Courts of interest,so as f them to provide process of se*rvice* to Responden(s)/defendant(s) upon sufficient c ntacts with the Nation as a whole.Hence,statutory and Constitutional legal due pr cess of law had,and has been violated *by* the Judge's [Adelman's]erroneous failure to adopt Relator's cause of action into the receiving Court's domain,and view that the Constitutionality of the application of statutes do grant Nationwide jurisdic ion to federal Courts/judges,under such circumstances described above...Whether or not the proposed forum puts Respondents/defendants at an equal disadvantage,in lit gating this subject-matter in that lower Court.Especially since this is not a fede ral or and State question of evidence,but of subject-matter jurisdiction.e.g.,Col man,918 S.W.2d 39,43,n.5(Tex.Cr.Appl.1996);**State v.Moff**,154 S.W.3d 599,601,n.1,2(- Tex.Cr.App.2004)(same);U.S.V.Ruiz,536 U.S.622,628(2002),"Court of Appeals could rea -ch merits of thi[ ] Case [sub judic] to determine jurisdiction though altimate ly claim not found to authorize appeal".Id...

"Federal Courts have ordered a prisoner'(s) release in sufficient **egregious** cases when they found legal due process of law violations [state/Acting Respondents were given notice of their fraud !] and Respondents of trial Court's,TDCJ's officials, et al,purposely allowed violations to continue-for years,such that said Constitut ional violations are egregious enough for the federal Courts/judges to grant any form of relief nececessary and the power of permanent discharge from false impr isonment[172 F.2d 171,at 183-84];unconditional release can be **Ordered** when Plain iff/**Relator**'s legal due due process of law was/is violated by prosecutor'(s)inten ional concealment of main state's witnesses false statements used to obtain such unconstitutional and unlawful convictions and,convictions in Relator's absentia c trial in chief.See Cody v.Henderson,936 F.2d 715,720-21(1st Cir.1991)(dictum);Car s v.Sullivan,13 F3d 350,352(10th Cir.1993);**Lewandowski v.Makel**,949 F.2d 864,889-9C ( 6th Cir.1991)(same);Ouimette v.Moran,942 F.2d at 13;Foster v.Lockhart,9 F.3d 72 727(8th Cir.1993)( writ granted,to correct constitutional defects that make Petit ioner's current Custody unlawful);AND ON POINT..see **Lindh v.Murphy**,124 F.3d 899,9C (7th Cir.)(treat petitioner as not criminally responsible for offense;defcet in t ial Court's/judge's jurisdiction).

"These issues presented also are pertinent to pervasive constructive breach of f: iciary duty,contract,implied contract,obligation(s) by retained and Texas Court Appointed lawyers prior to,during and after the trial in absentia of your Relato Thus,defense inept and breachers,as Counsel(s) intentionally failed too challeng contest the violation of Interstate Agreement Detainer's Act,which would have wa: ranted dismissal of the [fraudulent]indictment a*b* initio"See U.S.ex rel.Hollman Duckworth,652 F.Supp.82,supra(N.D.Ill.1986)...

The Prudent course,therefore,in this Wisconsin Federal Court(s),judge(s),to prov supplemental jurisdiction,as State of Texas [rogue]Officials asserted provision their Long-arm statute,§17.041-17.042 of Texas Civil Practice & Remedy Code,Ann; Schlobohm v.Schapiro,784 S.W.2d 355,356-357(Tex.1990)."In this Case at bar,no tr Court official - named above-complied with the excercise of specific jurisdicti al requirements to have been consistant with Federal and State of Texas Constitu ional guarantees,as legal due process permits,upon the legal Authority figure's exercise of State Court jurisdiction over Non-residents,who do business or cont acts in,with the State of Texas and Court's judge'(s) performance in whole or in part,but completely breached their Constitutional and Statutory fiduciary duty( and thus,intentionally did not ensure copliance with it's three part formula".Id. "Relator,as in prior submissions of Affidavits of truth by him,requested also for the Rules Enabling Act to be applied,as in Precedent expressed in Amchem Products Inc.v.Windor,521 U.S.591,at 617 S,Ct.2231(quoting 28 U.S.C.§ 2072(b);Cf.Guaranty

**Trust Co. v.York**,326 U.S.99,105,65 S.Ct. ...

Federal Courts cognizance of equilty suits incases of diversity jurisdiction,-Congress never gave,nor did the Federal Courts ever claim,the power to deny substa ntive rights created by the state law.".!The Rules Enabling Act must not be made to underscore the need for caution,as no reading of the Rule can ignor the Act's manadte that procedures shall not abridge,enlarge,or modify any substantive right." Id.at 521 U.S.,at 613,117 S.Ct.2231;Keeter v.State,105 S.W.137,142-43(Tex.App.-Wac 2003)(cases cited)(same);Alford v.City of Dallas,738 S.W.2d 312,318(Tex.1988),id.a 318,ante III. & n.7;Texas Constitution,Articl I,§ 16-"no statute or law will be p ssedthat can impair any contract provision,nor a State or federal Constitutional R ght under a contract,that would invoke a trial Court's jurisdiction; which prohibi -s Bills of Attainder,impairing obligations,ex post facto or retroactive laws".Id.. Texas so-called Court officials implicated in this mandamus relief petition have r only discarded their own Texas Constitutional provisions,but federal Statutory law and Constitutional guaranteed laws that are in place to protect the people from ab se of authority,and Usurpation of power.Including this Rules Enabling Act's provis ions have been violated here,as asserted,but the Lower Court's judge's abuse of au thority is ministerial in action that deprives your Relator of his necessity to a clear right to the relief he seeks hereintoo.Which means that the merits of relief sought are beyond dipute,as illustrated above.Fraud vitiates all forms of decision Or orders and or judgments entered in the Courts below..."Every federal Court and Appellate Court'(s) judges have/has a special obligation to satisfy itself not on ly of it's Own jurisdiction,but also that of the lower Court(s),in a cause under review,even though the parties are prepared to concede it"e.g.,Steel Co.v.Citizens for A Better Evn't,523 U.S.99,100,101,1003,1007,1010-1012,n.6-8(1998).And if the record discloses that the lower court(s) was with out jurisdiction,this Court's ju stice(s) will notice the jurisdictional defects,it must then acknowledge such def ect within the lower Court(s),even though no party contends,concerning it,this sa: Appellate Court has original jurisdiction on appleal,if not of the merits,then for the purpose of correcting the error of law of the lower Court/judge: entertainii the suit".Id...

Mandamus thus is in each of the above circumstances,presented and argued,justify the conditional grant of mandamus relief upon the lower Court's judge,or and Cler (s) who do not act on the contents of your Relator's pleadings.This is an additio al reason that supports mandamus relief,and expressly due to such considerable di ficulties given below,re-assigning this case on appeal to a Constitutional Federa Courthouse,pursuant too the United States of America,Chapter 2,§ 5,as if a foreig National Common-Law Court,and Article III,Cl.2 judge(s) having original or and co mpetent jurisdiction on its plane,over this Relator's cause of action,his person as a Wisconsin Citizen under false imprisonment,to suuport the exercise of in per sonam jurisdiction in its/their forum[below],pursuant to Rule 4(k)(2)[ & (1)(1)]o Fed.R.Civ.P...Mainly because this claim(s) asserted did arise under Federal law[ olations] and that personal,as well subject-matter jurisdiction is not made avai able under any situation as herein stated above-specific federal statute and tha putative Defendant(s)/Respondent'(s) with the Nation as a whole sufficie to sati fy the [said]applicable Constitutional requirements,in regards of Nation-wide Co tacts.This Plaintiff-Relator had satisfied his burden to produce evidence of fra under Prosecuting attorneys using their usuraption of authority to extradite Rel or,which if honestly credited,would show either that one or more specfic State A or under color of state law exist in which would be subject-to Suit,"with collat ral damages sought to satisfy the $1.4000.0000.00[one point four million]amount initialy in contraversy requirements,pursuant to Relator's joint claims brought

der supplemental jurisdiction,among other laws available,with 28U.S.C.§1367,for the purpose of invoking §1332.Especially since Texas Business Residents of inter est being accused of many unlawful and wrongful tort crimes against this individ ual tort victim at law,obviously implicates the Seventh Amendment to the United States Constitution of America.Thus,State of Texas defendant(s)/Rspondent(s) cor acts with this Wisconsin Federal COURt,judges are Constitutionally sufficient."A U.S.District Court judge is warranted that can follow its adjudicative resopons bilities under the Code of Federal Judicil conduct,and other applicable law.Henc Plaintiff's objection to Judge Adelman's,et al,Order depended and depends on th nature of his accusations and the evidence that [ ]ould certify said fraudulent te Court covictions exist,based on this Relator's provided information and proo

17 .mercy.

such exhibition of fraudulent indictments,exhibits !-A to 1-K,described as exclupatory and exonerating evidence with-held by state trial Court renegade officials,but that is evidence favorable and is readily available to this Seventh Circuit and U.S.Disrtict Courts justices,to prove and show your Relator was never legally subject to criminal Civil,nor simple suit in the courts of general State(s) or Texas State's general jurisdiction,and thus,never proper,much-less legal jurisdiction.Old Wayne Mut.L.,Assoc.v.McDonough,204 .U.S.8,27 S.Ct.23 (1907).Mandamus hereby,in each of the above circumstances,as presented and pray-fully adequately emphasized,argued,justifys the conditional grant of mandamus relief upon the lower Court,judge,and or its Clerk(s).BECAUSE THE LACK OF LEGAL REMEDY TO APPEAL ANY OF THESE ISSUES PRESENTED IN THIS MANDAMUS PROCEEDING IN THIS INTERMEDIATE APPELLATE COURTHOUSE,and thus,these are legal ligitimate reasons that is Relator moves to transfer his former case#14-cv-00631,or and newly expanded want of jurisdiction pleadings,back to this Milwaukee Wisconsin 's district plan Hence,the main burden charged upon your Relator in seeking mandamus relief is to show that he lacks remedy and or rights or deprivation of rights under the color of assumed State law(s),to appeal his issues herein above subject to the intiate mandamus proceeding.There was never any discretion to ignor lack of jurisdictio in the lower or and other state Courts.Since the burden shifts to the trial Court et al,to prove it had jurisdiction-which can-be-raised-at-any time or stage of appellate proceedings,bcause jurisdiction of the subject-matter can be challenged at any time."The Law is well-setted that a void Order or judgment is void EVEN BEFORE REVERSAL.e.g.,Valley v.Northern Fire & Marine Ins.Co.,254 U S.348,41 S.Ct.1 (1920);Cf.U.S.V.Swiss American Bank,Ltd.,191 F.3d 30,42(1st Cir.1999);The Quite Revolution in PERSONAL JURISDICTION,73 Tul.L.Rev.1(1998).

## PRAYER FOR RELIEF

Wherefore Premises duly considered,Relator prays that,as a Plaintiff/Relator has satisfied criteria for mandamus relief and his burden upon his production of evidence,laws,auhtorities showing the existence of one or more states in which jurisction was proper and or legal.Relator at all times retained the devoir of persuasion on the altimate issue...In these related circumstances,this Seventh Circuit Court of Appeals should raise the[ir]Flag on theses issues of legal due process laws violations,in spite Relator supposely being officially convicted,rather than legally,as asserted and argued by him ,"that the state and or MS.STRICKLIN's tri Court had,and has no jurisdiction over Relator,a person tried in absentia,and nor jurisdiction over claims against an out-of-state-defendant,turned Plaintiff,with out their[state court's officers]affirmative/Affirmative]affidavits of truth from the State of Texas lawenforcement affaints,or and officials.In fact,without Plai iff's affirmative consent to his forced and unlawful induced extradition.Consequ ently,interference is jutified of this said Circuit Court,as Relator stands to lo even more,insult to injury,apart from legal and substantial rights being lost.Th it is urged that equal justice to all Americans surely will prevail upon granting mandamus relief,in preventing a manifest injustice in the Federal[Court(s)] judic ial system.Then,upon duly considering each and every source of information,evide ce anticipated to be adduced at an evidentiary hearing,if need be one,legal and a horitive precedent,citations and arguments,including exhibits available,ans affi: ed hereto and recited with incorporated by reference herein in support,Relator p ays that this said Court of Appeals,'after directing an answer if lower Court-Res ondent(s) elects to pursue such venue,to wit:

A) mandamus be conditionally granted to direct the Respondent(s) of interest inc sidering,addressing and otherwise commencing Relator's litigation sought prior 6/2/2014[Docket #1,2,5,7,(7/11/2014-initial filing fee accepted,but not#?),& #11 ruling on ,asif too Title 28 U.S.C.,§1346(a)(2);§ 1443(1),(2) & § 2675(a) & (b), cause this action on appeal was brought to redress gross breaches,of the trial C rt's judge's,and Prosecuting Attorney'(s)  sworn to Oath or Affirmation uphold t [ir] laws of the State of Texas,as Constitutionally required of them;or \if no O is/was made with the Texas Securitary of State,then their Court actions are ille and unlawful ab initio.Because the basic requirement or procedure requirements h been suppressed;a 2nd requirement of sworn Oath is demanded,"Anti-Bribery Statem

to public office.Otherwise void orders or judgments were had,apart from the[ir] breach of fiduciary duty,Trust,contract,anr or Constructive breach of the Peace and Treason ,Comtempt for the[ir]Constitution,perjury of Oath for accepting and

18.mercy.

honoring false documents —by-said state or Texas official... State authority in conspiracy with such agents of foreign power to futher destroy this Relator,Joe Salinas Estrada Junior,the undersigned,by such activity; 3)The lower. Court's Respondent(s) vacate its order of 8/15/2014 & 8/29/2014 in which motion to set-aside judge Adelman's Order has not been ruled on ,but was entered into the docket's Text # 11-internal use only,but that said Cae#2:14-cv-0063 be recalled or and instated to it's formal stage,in it's enirely,and inco by reference herein as if set out entirely in connection with [t]his Writ of Mandamus,because this Appellate Court's justices do have original or competent jurisdiction over [t]his action under 28 U.S.C.§1331,among others expressed above,in tha it is an action arising under the Constitution and the Laws of the United States America and pursuant to 28 U.S.C.§ 1361,in that it is an action in the Nature of Mandamus to compel an officer or and employee of the United States of America to perform it'(s) ministerial-fiduciary duty(s) Owed to Plaintiff-Relator;including but not limited to any future related Orders or and judgments containing determinations of affording your Relator an entitlement to a Writ of habeas corpus ad test ificandum,as Relator would appear in person at a fair hearing,with a Subpoena Duces Tecum,with respect of an itial determination of each of Plaintiff's inclusion of all pertinent Court(s) filed and not filed documentation,to object to any aspect of the fairness,reasonableness or adquacy of a trial;sua sponte approval of a rule 53(Fed.R.Civi.P)(a)(1) to (g)(1) to (5),who shall the duties so designated by this Court's justices,involve-d in taking certain actions or making certain detern inations in connection with this cause of action,but no role regarding informal re olving disputes between Relator and Respondent(s),with defendant(s) of interest & their acts or in-action herein stated that constitute final agency action or wron gful and unlawful tort actions and the unlawful withholding of action.Mainly,beca use Plaintiff,and his family have suffered legal or illegal wrongs and are aggriv ed and adversely affected [t]hereby.Thus,Plaintiff is,as would be,entitled to rev iew thereof under Title 5 U.S.C.§ 702.Whether such claims brought forth arise in equity and or at Law,Relator,et al,retains and shall be entitled to all methods proof,applicable evidentiary presumption and inferences(if any),and means of discovery available in this Court or and any Court of competent jurisdiction pursuan to that/this Court's procedural and evidentiary rules applicable to fiduciaries,i cluding without limitation to any right to an accounting in aid of the jurisdicti of this Court,the lower Court or a Court[204 U.S.8.27 S.Ct.236;254 U.S.348,41 S.C 116]to render judgment;

C) This Relator has no adquate remedy in or at the law to pursue his requested r lief other than [t]his application seeking upon all subject-matters,issues that ed proper completion on its or their merits and addressed as a matter of law on b

half, your Relator ,will irrevocably and unconditionally released,acquilted,and forever discharged,any claim,charge,citatin,commission of an offense that they ma have against him,for associated with alleged Texas representation of Complainants and TDCJ's Custodian(s) of record in this litigation,as if pursuant to the Equal Access to Justice Act,28 U.S.C.§ 2412 or cost pursuant to 28 U.S.C.§1821(f),§ 19 becuase the Writ is issued to the Custdian;Cf.54(d)(Fed.R.Civ,P.);and also alter atively setting forth any othe measure that would equitably afford Relator access to the Courts and hearing(s)/trial(s) if personal appearance is not afforded or Ordered ;and/or direct the trial court/judge to also consider video-telephonic co ference by phone or other technology that is available by law ,but that this Cir uit Court's justices grant [t]his Application and issue a Writ of Mandamu directing judge Lynn Adelman,et al,in this case sub judice reinstate and commence with Relator's suit,and preventing further harm and a manifest injustice.

so moved and prayed this Writ of Mandamus is granted.

Executed on this day of 2014..Joe Salinas Estrada Junior #00835624,at Mark Wayne Michael Unit 2664F.M.2054,Tennessee Colony,Texas 7588

Respecfully submitted

Affidavit of Truth Proclaimed and Certificate of service

I,Joe Salinas Estrada Junior,under a conviction for JOE GARCIA ESTRADA,under#0083 624,do hereby affirm and attest to what I personally typed-and wrote as true,acc ate,correct,and complete statement of facts pertaining to My cause of action and do swear under penalty of perjury,that I provide judge Adelman a copy of the sam on this day of 2014,pursuant to 28 u.s.c.§ 1746;so help Me God.....

mercy.